James Daniel NOBLES, Plaintiff–Appellant,

v.

State of WEST VIRGINIA; County of Wood; Joe Manchin; Debbie Temsvary; Wendy Miller; Angela Hatfield; Katrina M. Christ; Jodie Boylen; Laurea Ellis; John Arnott, Defendants–Appellees.

No. 08–1040.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 4, 2008.

**250**

James Daniel Nobles, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Daniel Nobles seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Nobles v. West Va.*, No. 6:07–cv–00546, 2007 WL 4287271 (Dec. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*